UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :

DROP A PIANO PRODUCTIONS, LLC, *et al.*,    :

                     Plaintiffs,    :

                                   :          25 Civ. 8631 (JPC)

       -v-                       :

                                   :             <u>ORDER</u>

SURAJ MARABOYINA,    :

                                   :

                    Defendant.    :

                                   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of the parties' pre-motion letters.  Dkts. 20, 23.  The parties shall appear for a conference on January 29, 2026, at 10:30 a.m.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

        SO ORDERED.

Dated:  January 14, 2026
       New York, New York                JOHN P. CRONAN
                                      United States District Judge