

June 22, 2026

**VIA ECF**
The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
GSteinNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

      **Re:**    ***Albers de Leon LLC d/b/a Drop a Piano Productions et al. v. Suraj Maraboyina,***
               **25-CV-8631-JPC-GS**

Your Honor:

On behalf of Defendant Suraj Maraboyina, we respectfully request that the Pre-Settlement Conference call currently scheduled for July 7, 2026 at 3:30 p.m., Dkt. 45, be adjourned until the week of July 20, 2026 or to another time that is convenient for the Court. Plaintiffs do not oppose this request. This is the first request for an adjournment.

Good cause exists to grant this adjournment request because both of Defendant's attorneys are unable to attend the July 7, 2026 conference call because of pre-existing conflicts.

We have conferred with Plaintiff's counsel and both parties are generally available during the week of July 20, 2026. Both parties will be prepared to propose mutually convenient dates for a Settlement Conference to be held in August 2026.

We thank the Court for its time and attention to this matter.

Application granted. The parties are directed to provide the Court promptly with three mutually convenient dates for a settlement conference in August 2026 after August 10, 2026. SO ORDERED.

Dated: June 24, 2026
      New York, New York

**SO ORDERED:**

_____
**HON. GARY STEIN**
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Tyler Finn*
**DYNAMIS LLP**
Jamie Hoxie Solano
Tyler Finn
233 Broadway, Suite 1750
New York, New York 10279
Tel: (973) 295-5495
jsolano@dynamisllp.com
tfinn@dynamisllp.com

*Attorneys for Defendant Suraj Maraboyina*

**Boston   Miami   New York   New Jersey**